1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE R. LOO
4  Special Assistant United States Attorney
          333 Market Street, Suite 1500
5         San Francisco, California  94105
          Tel:  (415) 977-8927
6         Fax:  (415) 744-0134
          Email:  Katherine.Loo@ssa.gov
7
   Attorneys for defendant Michael J. Astrue,
8       Commissioner of Social Security

9

10              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
11                    WESTERN DIVISION
12

13 MARIA D. GONZALEZ,            ) No. CV-07-7299-AJW
                                  )
14                                ) **JUDGMENT OF REMAND**
        Plaintiff,                )
15                                )
        v.                        )
16                                )
   MICHAEL J. ASTRUE, Commissioner)
17 of Social Security Administration,)
                                  )
18                                )
        Defendant.                )
19                                )
                                  )
20 _____)

21
        The Court having approved the parties' Stipulation to Voluntary Remand
22
   Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment
23
   ("Stipulation for Remand") lodged concurrent with the lodging of the within
24
   Judgment of Remand.
25
   ///
26
   ///
27

28

-1-

1 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: April 29, 2008    / S /

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ - *Katherine R. Loo*
KATHERINE R. LOO
Special Assistant United States Attorney

Attorneys for Defendant